UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, successor by merger to KEY EQUIPMENT FINANCE INC., <br><br> Plaintiff, <br><br> v. <br><br> LD TOURS, LLC. AND MARK JOHNSON <br><br> Defendant(s). | 1:24-CV-04537-JSR <br><br> [PROPOSED] ORDER OF DEFAULT JUDGMENT |

This cause came on to be heard upon Plaintiff's Motion for Default Judgment. Defendant Mark Johnson, having been duly served with a Summons and Complaint in the above-entitled action, and having defaulted for failure to answer, appear, or otherwise move as to the Complaint, and Defendant not being an infant or incompetent person or in the service of the Armed Forces of the United States; and Plaintiff having filed a Declaration in support of the motion setting forth a particular statement of items of the claim, their amounts and dates, a calculation in figures of the amount of interest, the payments or credits, if any, and the net amount due, and identifying a scrivener's error in the caption and pleadings of the instant action;

IT IS ORDERED AND ADJUDGED that Plaintiff recover on Plaintiff's Complaint the **total judgment amount of $229,769.03** plus statutory post-judgment interest, against Defendant Mark Johnson, and that Plaintiff have execution therefore.

Date: 8/27/24

_____
Hon. Jed S. Rakoff