UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, successor by merger to KEY EQUIPMENT FINANCE INC.,<br><br>Plaintiff,<br><br>-v-<br><br>LD TOURS, LLC and MARK JOHNSON,<br><br>Defendants. | 24-cv-4537 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Plaintiff filed this action on June 13, 2024, naming LD Tours LLC and Mark Johnson as defendants. On August 12, 2024, plaintiff moved for default judgment only as to defendant Mark Johnson, which the Court granted. Plaintiff has never served the remaining defendant, LD Tours LLC. With plaintiff's consent, the Court hereby dismisses the action against LD Tours LLC with prejudice. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

New York, NY
August 04, 2026

JED S. RAKOFF, U.S.D.J.